441 A.2d 774

Commonwealth v. Johnson, Appellant.

Petition for Allowance of Appeal Denied May 6, 1982.

 Sub-
mitted November 10, 1981. Paulette J. Balogh, for appel-
lant; Robert L. Eberhardt, Deputy District Attorney, for
Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.